| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Forrest, Katherine B. | 2. Court or Organization U.S. District Court for the Southern District of New York | 3. Date of Report 12/5/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 09/11/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Quarterly | Former firm (Cravath, Swaine & Moore LLC), fixed payout | $60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/01/2018 | spousal Earned wages, Quinn, Emanuel, Urquhart & Sullivan LLP |
| 2. 2/1/18 | spousal Earned wages, Selendy & Gay |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Forrest, Katherine B.** | 12/5/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Mortgage | O |
| 2. | Citibank | Line of credit | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forrest, Katherine B. | 12/5/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Cash Assets | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. FDIC Bank Deposit sweep QIQSQ | A | | K | T | | | | | |
| 5. Tortoise MLP & Pipeline Instl TORIX | A | Dividend | L | T | | | | | |
| 6. Vanguard REIT Index | A | Dividend | K | T | | | | | |
| 7. Metropolitan West Total Return Bond I | A | Dividend | L | T | | | | | |
| 8. Walthausen Small Cap Value WSCVX | A | Dividend | K | T | | | | | |
| 9. Stone Ridge Reinsurance Risk Premium SRRIX | A | Dividend | K | T | | | | | |
| 10. Nuance Concentrated Value Instl NCVLX | A | Dividend | K | T | | | | | |
| 11. Prime Cap Odyssey Growth POGRX | A | Dividend | K | T | | | | | |
| 12. Hotchkiss & Wiley High Yield I HWHIX | A | Dividend | J | T | | | | | |
| 13. iSHares S & P 500 Index IVV | A | Dividend | L | T | | | | | |
| 14. Dodge & Cox Income DODIX | A | Dividend | L | T | | | | | |
| 15. Palmer Square Income Plus PSYPX | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Developing Markets Y ODVYX | A | Dividend | K | T | | | | | |
| 17. Trust 1: FDIC Bank Deposit sweep QIQSQ | D | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Forrest, Katherine B. | 12/5/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust 1: Dodge & Cox Income DODIX | A | Dividend | K | T | | | | | |
| 19. Trust 1: Metro. West Total Return Bond I | A | Dividend | K | T | | | | | |
| 20. Trust 1: Delaware Limited-Term Diversified Income I | A | Dividend | K | T | | | | | |
| 21. Trust 1: Tortoise MLP & Pipeline Instl TORTIX | A | Dividend | J | T | | | | | |
| 22. Trust 1: Hotchikis & Wiley High Yield I HWHIX | A | Dividend | J | T | | | | | |
| 23. Trust 1: iShares S & P 500 Index IVV | A | Dividend | K | T | | | | | |
| 24. Trust 1: Palmer Square Income Plus PSYPX | A | Dividend | J | T | | | | | |
| 25. Trust 1: Walthausen Small Cap Value WSCVX | A | Dividend | J | T | | | | | |
| 26. Trust 1: Lazard Global Listed Infrastructure Instl. | A | Dividend | J | T | | | | | |
| 27. Trust 1: Vanguard FTSE Developed Markets VEA | A | Dividend | J | T | | | | | |
| 28. Trust 1: Nuance Concentrated Value Instl NCVLX | A | Dividend | J | T | | | | | |
| 29. Trust 1: Stone Ridge Reinsurance Risk Premium SRRIX | A | Dividend | J | T | | | | | |
| 30. Trust 1: Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 31. Trust 1: Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 32. Trust 2: FDIC Bank Depoit sweep | D | | J | T | | | | | |
| 33. Trust 2: Dodge & Cox Income DODIX | A | Dividend | L | T | | | | | |
| 34. Trust 2: Metropolitan West Total Return Bond I MWTIX | A | Dividend | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forrest, Katherine B. | 12/5/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust 2: Tortoise MLP & Pipeline Instl TORIX | A | | J | T | | | | | |
| 36. Trust 2: Hotchkis & Wiley High Yield I HWHIX | A | Dividend | J | T | | | | | |
| 37. Trust 2: iShares S & P 500 Index IVV | A | Dividend | K | T | | | | | |
| 38. Trust 2: Palmer Square Income Plus PSYPX | A | Dividend | J | T | | | | | |
| 39. Trust 2: Walthausen Small Cap Value | A | Dividend | J | T | | | | | |
| 40. Trust 2: Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 41. Trust 2: Nuance Concentrated Value Instl | A | Dividend | J | T | | | | | |
| 42. Trust 2: Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 43. Trust 2: Oppenheimer Developing Markets Y | A | Dividend | J | T | | | | | |
| 44. Trust 2: Vanguard FTSE Develped Markets | A | Dividend | J | T | | | | | |
| 45. Trust 2: Lazard Global Listed Infrastructure Instl. | A | Dividend | J | T | | | | | |
| 46. Trust 2: Stone Ridge Reinsurance Risk Premium | A | Dividend | J | T | | | | | |
| 47. FDIC Bank Sweep | A | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Forrest, Katherine B. | 12/5/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Forrest, Katherine B. | 12/5/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine B. Forrest**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544